COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:          01-14-00707-CV

Style:                  Marinecorp International, LTD.

                       v. The Chopper Group, LLC, ET Al.

Date motion filed[*]:    September 15, 2015

Type of motion:      Motion to Reinstate

Party filing motion:   Appellant

Document to be filed:

Is appeal accelerated?    No

If motion to extend time:
      Original due date:
      Number of previous extensions granted:      Current Due date:
      Date Requested:

Ordered that motion is:

    ☑      Granted

          If document is to be filed, document due:

          ☐      The Court will not grant additional motions to extend time absent extraordinary circumstances

    ☐      Denied

    ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐      Other: _____

    **Appellant's motion is granted. The Court reinstates this appeal on the Court's active docket. Appellant's brief is ordered to be filed within 30 days of this order. Appellee's brief, if any, is ordered to be filed within 30 days of the date the appellant's brief is filed.** *See* **TEX. R. APP. P. 38.6(b).**

Judge's signature:    /s/ <u>Chief Justice Sherry Radack</u>
                      ☒ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date: October 6, 2015